## 54430. BURKE v. THE STATE.

BIRDSONG, Judge.

Burke was convicted, by a jury, of armed robbery. He appeals, enumerating as error the overruling by the trial court of an objection and a motion for mistrial following certain statements made by the prosecutor during closing argument. *Held:*

The transcript reveals that proper curative instructions were given by the trial court following both of the allegedly improper remarks. "The extent of a rebuke and instruction is within the discretion of the court, and when, as here, the improper remark is cured by timely corrective action calculated to preserve the defendant's right to a fair trial, then we cannot say that the court abused its discretion in refusing to grant a mistrial. [Cits.]" *Benefield v. State,* 140 Ga. App. 727, 730 (232 SE2d 89). These enumerations of error are without merit.

*Judgment affirmed. Bell, C. J., and Shulman, J., concur.*

SUBMITTED FEBRUARY 27, 1978 — DECIDED APRIL 28, 1978.

*Lawrence L. Schneider,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, R. David Petersen, H. Allen Moye, Assistant District Attorneys,* for appellee.